# CASE NO. 22-30373

## UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**HALSTEAD BEAD, Incorporated,**
*Plaintiff - Appellant*

**V.**

**KEVIN RICHARD in his official capacity as Louisiana Secretary of Revenue; AMANDA GRANIER, in her official capacity as Sales Tax Collector, Lafourche Parish, Louisiana; DONNA DRUDE, in her official capacity as Sales and Use Tax Administrator of Tangipahoa Parish, Louisiana; JAMIE BUTTS in her official capacity as Sales Tax Auditor, Washington Parish, Louisiana; LAFOURCHE PARISH GOVERNMENT, Incorrectly referred to as Lafourche Parish; TANGIPAHOA PARISH, a Home Rule Chartered Parish; WASHINGTON PARISH, a Home Rule Chartered Parish,**
*Defendant-Appellees*

## A CIVIL PROCEEDING ON APPEAL FROM THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF LOUISIANA, NO. 2:21-cv-2106

## MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE ON BEHALF OF THE LOUISIANA ASSOCIATION OF TAX ADMINISTRATORS

Respectfully Submitted:
Margaret H. Kern (Bar #7346)
Thomas H. Huval (Bar #21725)
JONES FUSSELL, LLP
P.O Box 1810
Covington, LA 70434
Telephone: (985) 892-4801
Fax: (985) 892-4925
Email: mkern@jonesfussell.com
Email: thuval@jonesfussell.com
Counsel for The Louisiana Association of Tax Administrators

## MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE ON BEHALF OF THE LOUISIANA ASSOCIATION OF TAX ADMINISTRATORS

Pursuant to Rule 29(b) of the Federal Rules of Appellate Procedure, The Louisiana Association of Tax Administrators, through undersigned counsel, respectfully move this Honorable Court for leave to file a brief amicus curiae in this case. The consent of the attorneys for the Appellees has been obtained. The consent of the attorney for the Appellant was requested but no response has been provided.

The prospective amicus believes that the attached brief will aid in the Court's consideration. The interest of The Louisiana Association of Tax Administrators (LATA) in this case arises from the need to provide support and assistance to state and local tax administrators, including the tax collectors for Louisiana's 64 parishes, and those representatives of municipalities and other political subdivisions authorized to levy and collect tax. The resolution of this case could directly affect all of Louisiana's parishes and, as such, LATA's members are directly interested in the issues and outcome of this case.

Consistent with Fifth Circuit Rule 29.2, the proposed brief "avoid[s] the repetition of facts or legal arguments contained in the principal brief and…focus[es] on points…not adequately discussed" therein. As the attached brief explains, Plaintiff/Appellant lacks the standing to raise constitutional or other legal challenges to Louisiana's sales tax system. The prospective amicus is uniquely situated to address the impact of the relief sought by the appellant on all of the parishes within

this state.

For the foregoing reasons, The Louisiana Association of Tax Administrators hereby request the Court to grant leave to file an amicus curiae brief.

Respectfully submitted,

JONES FUSSELL, L.L.P.

/s Thomas H. Huval
Margaret H. Kern (Bar #7346)
Thomas H. Huval (Bar #21725)
P.O. Box 1810
Covington, LA 70434
Telephone: (985) 892-4801
Facsimile: (985) 892-4925
Email: mkern@jonesfussell.com
Email: thuval@jonesfussell.com
Counsel for The Louisiana
Association of Tax Administrators

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

s/ Thomas H. Huval
THOMAS H. HUVAL